IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


Daniels, et al                )
                              )
                              )
        v.                    )        C.A. 96-009 JJF
                              )
                              )
State of Delaware, et al      )


O R D E R


This **16** day of **May**, 2005, it appearing that:

1.    All non-sealed and non-expunged records are forwarded to
the Federal Archives and Records Center (FARC) by the Clerk of this
Court in accordance with the Records Disposition Program
established by the Judicial Conference pursuant to 28 U.S.C.
Section 457.

2.    The policy of this Court is that case records are
forwarded to the FARC after they have been maintained in this Court
for a minimum period of six months after the final disposition of
the case, unless otherwise ordered.

3.    This case will be forwarded to the FARC after being held
for the minimum period of six months.

4.    During the course of proceedings in the above-entitled
action, parties filed certain confidential papers under seal
pursuant to a protective order of the Court.

5.    The Clerk has requested an order be issued directing that
the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1.    When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2.    On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3.    Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4.    Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5.    After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

United States District Judge

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Martin Charles Meltzer**
City of Wilmington Law Department
800 French St.
Wilmington, DE 19801

**Gregg E. Wilson**
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720

**Christopher J. Curtin**
Erisman & Curtin
P.O. Box 250
Wilmington, DE 19899-0250

RE:    Daniels, et al v. State of Delaware, et al
       CA 96-009 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by June 1 , 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

*REDACTED VERSION OF DOCKET SHEET*

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:96-cv-00009-JJF
# Internal Use Only

1.

| | |
|---|---|
| Daniels, et al v. State of Delaware, et al | Date Filed: 01/10/1996 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Both |
| Demand: $5000000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Valerie Daniels**
*individually and in her own right and*
*as parent and/or guardian of*
*Christopher Michael Daniels*

represented by **Martin Charles Meltzer**
City of Wilmington Law Department
800 French St.
Wilmington, DE 19801
(302) 576-2175
Email:
MMeltzer@ci.Wilmington.DE.US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Michael Daniels**
*individually*

represented by **Martin Charles Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State of Delaware**

represented by **Gregg E. Wilson**

*by and through its agents, servants*
*and employees*
*TERMINATED: 05/27/1997*

New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302) 395-5146
Email: gewilson@new-castle.de.us
*TERMINATED: 05/27/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rudolph Hawkins**
*individually and in his official*
*capacity as a Delaware Corrections*
*Officer*

represented by **Christopher J. Curtin**
Erisman & Curtin
P.O. Box 250
Wilmington, DE 19899-0250
(302) 764-6698
Email: ccurtin659@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Howard**
*individually and in his official*
*capacity as Warden of Women's*
*Correctional Institute of Delaware*
*TERMINATED: 09/29/2000*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 09/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grace Martin**
*individually and in her official*
*capacity as a Deputy Warden of the*
*Women's Correctional Institute of*
*Delaware*
*TERMINATED: 09/29/2000*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 09/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanley Taylor, Jr.**
*individually and in his official*
*capacity as Chief of The Bureau of*
*Prisons, for the State of Delaware*
*TERMINATED: 09/29/2000*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 09/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Robert Watson**
*individually and in his official*
*capacity as Commissioner of*
*Corrections for the State of Delaware*
*TERMINATED: 09/29/2000*


**Defendant**

**Thomas Bailor**
*individually and in his capacity as*
*Internal Affairs Officer for the*
*Department of Corrections for the*
*State of Delaware*
*TERMINATED: 05/27/1997*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 05/27/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Jack Sines**
*individually and in his capacity as*
*Internal Affairs Officer for the*
*Department of Corrections for the*
*State of Delaware*
*TERMINATED: 05/27/1997*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 05/27/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**State of Delaware Department of**
**Corrections**
*all individually, jointly and severally*
*TERMINATED: 05/27/1997*

represented by **Gregg E. Wilson**
(See above for address)
*TERMINATED: 05/27/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2003 | 171 | Court Exhibits # 1-3 and Jury notes filed for jury trial held on 11/12/03 -11/13/03. (SEALED) (afb) Modified on 11/14/2003 (Entered: 11/14/2003) |